■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARTY SPENCER, Respondent, v MELVIN WILLIAMS, Superintendent, Willard Drug Treatment Campus, Appellant. [885 NYS2d 661]— Appeal from a judgment of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), dated April 2, 2008. The judgment directed release of petitioner to parole supervision.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (see People ex rel. Allen v Dalsheim, 48 NY2d 971, 972 [1979]; Matter of Miller v Glasheen, 193 AD2d 747, 748 [1993]). Present—Smith, J.P., Centra, Fahey, Carni and Pine, JJ.